

# NUMBER 13-13-00585-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE ESTATE OF RAQUEL E. WISE, DECEASED

**On appeal from the County Court at Law No. 1
of Cameron County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Nelda Wise Rodriguez, attempted to perfect an appeal from an order on a judgment of inventory allegedly rendered on October 29, 2013, in trial court cause no. 2013-CPC-105. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment dated October 29, 2013, and that it appeared that the purported appeal had not been timely perfected insofar as the judgment of inventory in the clerk's record was rendered on September 18, 2013. On November 6, 2013, the Clerk of this Court notified appellant of these defects so that steps could be taken to

correct the defects, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defects were not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The Court, having considered the documents on file and appellant's failure to correct the defects in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c). Pending motions, if any, are likewise DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Delivered and filed the
30th day of January, 2014.

2